**UNITED STATES of America, Appellee,**

v.

**Teodoro BLANCO–HERAS, Appellant.**

**No. 03–3293.**

United States Court of Appeals, Eighth Circuit.

Submitted April 6, 2004.

Decided April 14, 2004.

Bruce Wellesley Gillan, Omaha, NE, for Plaintiff–Appellee.

James E. Mitchell, Omaha, NE, for Defendant–Appellant.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Teodoro Blanco–Heras (Blanco) pleaded guilty to conspiring to distribute 500 grams or more of a mixture containing methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1), and 846. The district court[1] sentenced him to 135 months in prison and 5 years supervised release. On appeal, counsel has moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has filed a brief in which he challenges the severity of Blanco's sen-

tence and suggests the district court should have departed downward.

We reject counsel's arguments. First, the length of Blanco's sentence does not provide a basis for reversal, as it is within a Guidelines range that Blanco does not contest. *See* 18 U.S.C. § 3742; *United States v. Smotherman*, 326 F.3d 988, 989 (8th Cir.) (per curiam), *cert. denied*, — U.S. ——, 124 S.Ct. 293, 157 L.Ed.2d 203 (2003). Second, Blanco did not request a departure below, and the district court was not required to grant one sua sponte.

Following our independent review, *see Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300(1988), we find no nonfrivolous issues. Accordingly, we affirm, and we grant counsel permission to withdraw.